# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| ATG TRUST COMPANY, N.A. ) <br> as Independent Administrator of the Estate of ) <br> KARAKA WALLS Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF CHICAGO, a Municipal ) <br> Corporation, and ALEJANDRO CABRAL, ) <br> ROBERT HERNANDEZ, and JUAN ) <br> BELMONTES, Officers of the Chicago Police ) <br> Department, ) <br> ) <br> ) <br> Defendants. ) | Court No. 12 CV 05275 <br><br><br> Honorable Charles R. Norgle, Sr |

## STIPULATION FOR VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, ATG TRUST COMPANY, N.A., as Independent Administrator of the Estate of KARAKA WALLS, deceased, by and through its attorneys, ROMANUCCI & BLANDIN, LLC, and pursuant to Federal Rule of Civil Procedure 41(a), entering a stipulation for voluntary dismissal with prejudice of the above-captioned cause of action. Pursuant to Rule 41(a)(1)(A)(ii), this stipulation is signed by all parties who have appeared in this cause of action.

Attorneys for Plaintiff

Dated: March 22, 2014    By:   /s Angela P. Kurtz
                                                                         Angela P. Kurtz
                                                                         ROMANUCCI & BLANDIN, LLC
                                                                         321 N. Clark St., Suite 900
                                                                         Chicago, IL 60654

Attorneys for All Defendants

Dated:        March   27, 2013           By:    s/ Arlene E. Martin
                                                Arlene E. Martin
                                                City of Chicago Dept. of Law
                                                30 N. LaSalle St., Suite 900
                                                Chicago, IL 60602


## **CERTIFICATE OF SERVICE**

    I, Angela P. Kurtz, an attorney, certify that I caused copies of the foregoing **Stipulation for Voluntary Dismissal** to be served via the Court's CM/ECF system this 27th day of March, 2014.

                                                    s/ Angela P. Kurtz